United States Bankruptcy Court
Northern District of Alabama

In re: Case No. 25-82314-CRJ
Christopher Barnes Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2025 | Form ID: 309A | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Barnes, 165 County Road 5744, Pisgah, AL 35765 |
| 11758105 | + | Deborah Jones, 247 Ruby Johnson Dr, Scottsboro, AL 35769-3643 |
| 11758106 | + | Homewood Rentals, LLC, PO Box 726, Paris, TN 38242-0726 |
| 11758108 | + | Kevin Wilks, 655 Liberty Dr., Henagar, AL 35978-5815 |
| 11758111 | + | Patricia Stewart, 244 S Broad St., Scottsboro, AL 35768-1731 |
| 11758109 | + | Tiffany Williams, c/o SDB Attorneys, PO Box 681109, Fort Payne, AL 35968-1612 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@jlarsenlaw.com | Nov 07 2025 23:44:00 | John C. Larsen, Larsen Law, P.C., 1733 Winchester Rd, Huntsville, AL 35811 |
| tr | + | EDI: BMWMITCHELL | Nov 08 2025 04:18:00 | Melissa W. Mitchell, Chapter 7 Trustee, 4217 9th Ave., Ste 14, Huntsville, AL 35805-3407 |
| 11758100 | + | Email/Text: bankruptcy@acima.com | Nov 07 2025 23:47:00 | Acima, Attn: Bankruptcy, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 11758101 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 07 2025 23:46:23 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 11758102 | + | EDI: CAPIO.COM | Nov 08 2025 04:19:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 11758103 | + | EDI: CCS.COM | Nov 08 2025 04:19:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 11758096 | + | Email/Text: nunley@fssbank.com | Nov 07 2025 23:48:00 | First Southern State Bank, Attn: Bankruptcy, Po Box 548, Stevenson, AL 35772-0548 |
| 11758110 | + | Email/Text: lcarson@hatlawfirm.com | Nov 07 2025 23:48:00 | HAT Law, 216 W Wood St, Paris, TN 38242-4024 |
| 11758097 | | Email/Text: bk@lendmarkfinancial.com | Nov 07 2025 23:44:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 11758098 | + | Email/Text: EBNBKNOT@ford.com | Nov 07 2025 23:48:00 | Lincoln Automotive Finance, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 11758099 | | Email/Text: Bankruptcy@redfcu.org | Nov 07 2025 23:47:00 | Rfcu Mtg, 220 Wynn Dr, Huntsville, AL 35814 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11758107 | | Kala Wilks, 649 Liberty Dr., AL 35798 |
| 11758104 | ## | CybrCollect Inc., Attn: Bankruptcy, 2350 South Ave, Ste 101, La Crosse, WI 54601 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christopher Barnes<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–2296<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | NORTHERN DISTRICT OF ALABAMA | Date case filed for chapter: | 7 11/7/25 |
| Case number: | 25–82314–CRJ7 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Barnes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 165 County Road 5744<br>Pisgah, AL 35765 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Melissa W. Mitchell<br>Chapter 7 Trustee<br>4217 9th Ave.<br>Ste 14<br>Huntsville, AL 35805 | Contact phone 256–970–4217 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 660 Gallatin Street SW, Room 1320<br>Huntsville, AL 35801 | Hours open: 8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br>Contact phone 256–584–7900<br>Date: 11/7/25 |

**For more information, see page 2 >**



Case 25-82314-CRJ7 Doc 1 Filed 11/07/25 Entered 11/07/25 13:49:35 Desc Exhibit Exhibit 1 - BNC Notice Page 3 of 4
Case 25-8[illegible]-CRJ7 Doc 9 Filed 11/[illegible]/25 Entered 11/[illegible]/25 [illegible] Desc Imaged Certificate of Notice Page 3 of 4

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**December 5, 2025 at 09:00 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold. Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

**Telephone Conference: 571-353-2301**
**Meeting ID: 773191941#**

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 2/3/26**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subivisions of 11 U.S.C. § 727(a)(2) through (7),
  or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**

- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.



Case 25-82314-CRJ7 Doc 9 Filed 11/09/25 Entered 11/09/25 23:41:35 Desc Imaged Certificate of Notice Page 4 of 4
Case 25-80109-CRJ7 Doc 11-1 Filed 12/31/25 Entered 12/31/25 13:19:15 Desc Exhibit Exhibit 1 - BNC Certificate of Notice Page 4 of 4