3:33

2

46242

Text Message • SMS
Today 3:32 PM

capio PARTNERS

Capio Partners, a DebtCollector: Your balance of $985.00 is due on account 38858938, which originated with Us Acute Care Solutions and is now owned by our client CF Medical LLC. Please call us at 888-695-0150 to discuss payment options or visit https://cp-pay.online/3Yg0f. To Optout Txt STOP

The sender is not in your contact list.

Report Junk

Text Message • SMS