**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CHRISTOPHER BARNES,** | ) | **BANKRUPTCY CASE NO.** |
| **Debtor.** | ) | **25-82314-CRJ-7** |
| **CHRISTOPHER BARNES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ADVERSARY PROCEEDING NO.** |
| **CAPIO PARTNERS, LLC,** | ) | **25-80195-CRJ** |
| **Defendant.** | ) | |

# JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Christopher Barnes, with Defendant Capio Partners, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and hereby stipulate to the dismissal of the above-styled Adversary Proceeding, with each party to bear its own costs.

Respectfully submitted this 24th day of March, 2026.


*/s/ John C. Larsen*
John C. Larsen
Michael A. Wilkins
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, AL 35811
john@jlarsenlaw.com
Counsel for the Plaintiff
CHRISTOPHER BARNES

*/s/ Justin H. Homes*
Justin H. Homes (PHV)
Brennen K. Terrill
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Ste. 2800
Metairie, LA 70002
jhomes@sessions.legal
Counsel for the Defendant
CAPIO PARTNERS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I filed the foregoing document with the Clerk of Court via the CM/ECF electronic filing system which will provide electronic notice of the filing to the following individuals:

Melissa W. Mitchell
Chapter 7 Trustee
4217 9th Ave., Ste 14
Huntsville, AL 35805

/s/ *John C. Larsen*